# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ORANGEBURG DIVISION

| | | |
|---|---|---|
| VALERIE EDWARDS ASHBURN, | ) | Civil Action No. 5:22-cv-01250-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 7th day of September, 2023, it is hereby, ORDERED that Plaintiff's Motion for EAJA fees, ECF No. 22, is granted and that Plaintiff, Valerie Edwards Ashburn, is awarded attorney fees in the amount of Five Thousand Two Hundred Fifty Dollars and 00/100 Cents ($5,250.00) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff, Valerie Edwards Ashburn, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

September 7, 2023　　　　　　　　　　　　　　　　　　Kaymani D. West
Florence, South Carolina　　　　　　　　　　　　　　United States Magistrate Judge